UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2391-GW-RAOx | Date | June 3, 2025 |
|---|---|---|---|
| Title | *Blonde Voyage Salon LLC v. Moroccanoil, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER SETTING SCHEDULING CONFERENCE**

The Court sets a Scheduling Conference for July 14, 2025 at 8:30 a.m. Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report shall be filed with the Court no later than July 7, 2025. See Local Rule 26-1.

|  | : |
|---|---|
| Initials of Preparer | JG |