UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2391-GW-RAOx | Date | January 8, 2026 |
|---|---|---|---|
| Title | *Blonde Voyage Salon LLC v. Moroccanoil, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gordon E. Gray, II | Zachary T. Page |
| | Chelsea A. Bernard |

**PROCEEDINGS:**   **POST-MEDIATION STATUS CONFERENCE**

Settlement is not reached. Court and counsel confer. The Court reminds the parties of pretrial and trial dates.

                                                                            :   03

                                                     Initials of Preparer   JG