JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLONDE VOYAGE SALON LLC,<br>Plaintiff,<br>v.<br>MOROCCANOIL, INC.,<br>Defendant. | Case No. CV 25-2391-GW-RAOx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action be dismissed with prejudice as to all claims and counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 28, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE